

U.S. Department of Justice

United States Attorney
Eastern District of New York

AB:JRS

271 Cadman Plaza East
Brooklyn, New York 11201

April 15, 2020

By ECF and E-Mail

The Honorable James Orenstein
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: In re Search and Seizure Warrant for a Silver Audi Car
Docket No. 20-MJ-307

Dear Judge Orenstein:

The government respectfully submits this letter to request that the Court:

1. Seal the currently docketed version of the search warrant and its underlying application, because they contain personal identifying information of an individual who is a subject of a federal grand jury investigation;

2. Replace that unredacted version with a redacted version of the warrant and its underlying application, which redacts all personal identifying information, as set forth in Exhibits B and D; and

3. Direct that personal identifying information — specifically, the subject's name and license plate number — be redacted from the case name and docket entries on ECF.

The justification for these requests is set forth in the enclosed letter from Assistant United States Attorney Michael D. Neff of the United States Attorney's Office for the Southern District of New York.

For the reasons set forth in AUSA Neff's letter, the government further respectfully requests that AUSA Neff's letter and its attachments be filed under seal.

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By:   /s/ Jonathan Siegel_____
Jonathan Siegel
Assistant U.S. Attorney
(718) 254-6293

Enclosures

cc:    Clerk of Court (by ECF)
      Michael D. Neff, Esq. (by E-Mail)
      Gerald B. Lefcourt, Esq. (by E-Mail)
      Faith A. Friedman, Esq. (by E-Mail)